# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

Clifford W. Taylor,
Chief Justice

131938

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MICHELLE COLUMBUS,
      Plaintiff-Appellant,

v

                                SC: 131938
                                COA: 267957

THOMAS L. MOORE, d/b/a SOUTHERN
MICHIGAN PAINT & QUARTER HORSE
AUCTION COMPANY, and J. R. COVELL,
      Defendants-Appellees.

                                Ingham CC: 04-001440-NO

_____/

      On order of the Court, the application for leave to appeal the July 27, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



s1218

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

_____
Clerk